**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1731**

NOBLE TORNELLO FONTAINE PIERCE EL-BEY, Washitaw de Dugdahmoundyah Muurs' In Propria Persona,

> Plaintiff - Appellant,

> v.

THE CITY OF GREENSBORO; CITY OF GREENSBORO POLICE DEPARTMENT; HAROLD THOMAS JARRELL; MAGISTRATE M. A. WILLIAMS; T. G. WALCHER, Badge 522; E. A. CROZIER, Badge 116,

> Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Senior District Judge. (1:10-cv-00572-NCT-JEP)

Submitted: September 24, 2013     Decided: September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Noble Tornello Fontaine Pierce El-Bey, Appellant Pro Se. James Anthony Clark, Associate General Counsel, Greensboro, North Carolina; David John Adinolfi, II, Special Deputy Attorney General, Raleigh North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noble Tornello Fontaine Pierce El-Bey appeals the district court's orders adopting the magistrate judge's recommendation to dismiss his civil action and impose a pre-filing injunction. We have reviewed the record and find no reversible error. We further conclude that the district court did not abuse its discretion in imposing the pre-filing injunction. See Cromer v. Kraft Foods N.A., Inc., 390 F.3d 812, 817-18 (4th Cir. 2004) (setting forth standard of review and four factors used to evaluate propriety of a pre-filing injunction). Accordingly, although we grant El-Bey leave to proceed on appeal in forma pauperis, we affirm for the reasons stated by the district court. See El-Bey v. City of Greensboro, No. 1:10-cv-00572-NCT-JEP (M.D.N.C. March 21, 2012; May 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2